| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ERIC D. HOUSER (SBN 130079)<br>JOSHUA H. ABEL (SBN 244592)<br>HOUSER & ALLISON<br>A Professional Corporation<br>9970 Research Drive<br>Irvine, California 92618<br>Telephone: (949) 679-1111<br>Facsimile: (949) 679-1112<br>Email: jabel@houser-law.com<br><br>Attorneys for Defendant,<br>OCWEN LOAN SERVICING, LLC |

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARTIN LOPEZ HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, L.L.C.; AZTEC FORECLOSURE CORPORATION, DOES I TO X INCLUSIVE,<br><br>    Defendants. | SACV09-00223-JVS(RNBx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT OF DISMISSAL** |

### JUDGMENT OF DISMISSAL

On March 30, 2009 at 1:30 p.m. or soon thereafter, Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Plaintiff's Complaint came on for hearing in Department 10C of the United States District Court, Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, CA, the Honorable James V. Selna presiding.

The Court having considered Ocwen's moving papers, its own files, plaintiff's failure to oppose or appear at the hearing, and good cause appearing, ruled as follows:

1.      The Court's Tentative Ruling sustained Ocwen's Motion to Dismiss the Complaint, with twenty (20) days leave to amend.  Plaintiff did not file a written opposition to the Motion to Dismiss and did not appear at the hearing.  The Minute Order adopting the Court's Tentative Ruling became the Order of the Court.

2.      Pursuant to the March 30, 2009 Order sustaining Ocwen's Motion to Dismiss, Plaintiff had until April 20, 2009 to file an amended complaint.  As of May 5, 2009, no amended complaint has been filed by Plaintiff.  Good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff's entire Complaint and this action against Ocwen Loan Servicing, LLC is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED: May 06, 2009        _____
                                                       HON. JAMES V. SELNA
                                                       UNITED STATES DISTRICT JUDGE